Clayton C. Averbuck, SBN 90666
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
32107 Lindero Canyon Rd., Ste 231
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667
caverbuck.mag@flash.net, and jgysler.mag@flash.net
Attorneys for Defendants COUNTY OF LOS ANGELES, JANEEN CAUDILLO, SHAWN RIVAS, PAUL SAUR, GARY ROBERTS, JAVIER ROSALES, DEPUTY KAZMIRSKI, DEPUTY JORDAN, DEPUTY OLIVE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HOLLEY, MARTIN HOLLEY, FARAYAZ ABJI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, JANEEN CAUDILLO, SHAWN RIVAS, PAUL SAUR, GARY ROBERTS, JAVIER ROSALES, DANIEL GARNER, DEPUTY KAZMIRSKI, DEPUTY JORDAN, DEPUTY OLIVE, THE CHURCH OF THE EPIPHANY, MELISSA MCCARTHY, HANK MITCHEL, AND DOES 1 through 10,<br><br>Defendants. | Case No.: CV 08-08447 GAF (AJWx)<br><br>[PROPOSED] ORDER RE DISMISSAL |

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendants,

COUNTY OF LOS ANGELES, JANEEN CAUDILLO, SHAWN RIVAS, PAUL

1 SAUR, GARY ROBERTS, JAVIER ROSALES, DEPUTY KAZMIRSKI,
2 DEPUTY JORDAN, DEPUTY OLIVE, are hereby dismissed, with prejudice, with
3
4 each party to bear its own costs and attorneys fees.
5 DATED: Oct 15, 2010

_____
UNITED STATES DISTRICT JUDGE